UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN KIM,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-05846-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On September 24, 2018, Plaintiff Justin Kim filed suit in this Court along with an application to proceed in forma pauperis ("IFP")]. [Docket Nos. 1, 3.] Defendant Nancy A. Berryhill filed an answer and a certified copy of the transcript of the administrative record on March 25, 2019. [Docket Nos. 15, 16.] Pursuant to the Scheduling Order (Docket No. 2), Plaintiff's motion for summary judgment was due 28 days later, or by April 22, 2019. No such motion has been filed. Accordingly, the court ORDERS Plaintiff to respond by May 8, 2019 and explain why this case should not be dismissed for failure to prosecute. Failure to respond by May 8, 2019 may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: April 24, 2019

_____
DONNA M. RYU
United States Magistrate Judge