UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN KIM,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-05846-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On April 24, 2019, the court issued an Order to Show Cause, instructing Plaintiff Justin Kim to submit a written statement by no later than May 8, 2019 explaining Plaintiff's failure to file a motion for summary judgment in accordance with the Social Security procedural order (Docket No. 2). [Docket No. 17.] The Order to Show Cause stated that failure to respond by May 8, 2019 may result in dismissal of this action. Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 22, 2019

_____
DONNA M. RYU
United States Magistrate Judge